IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IN RE:  CEDRIC PLAUDE STERRETT and          CASE NO:  5:10-bk-14001 T
        MAXINE Y. STERRETT                                  Chapter 13

**TRUSTEE'S MOTION TO DISMISS WITH A BAR TO REFILING
FOR AT LEAST ONE YEAR**

Comes now Jack Gooding, Chapter 13 Standing Trustee in the above styled case, and for his Motion to Dismiss with a Bar to Refiling for at least One Year he respectfully states that:

1. The debtors have commenced four bankruptcy filings in the past 20 months, which the Trustee contends is an abusive use of the bankruptcy system.

2. The debtors filed a bankruptcy petition on October 31, 2008, in a case styled Cedric and Maxine Sterrett, and were assigned a case number of 5:08-16793.

3. The case was dismissed on February 3, 2008, based on the debtors' failure to appear at two scheduled 341(a) meetings.

4. The debtors filed for bankruptcy relief on March 20, 2009, in a case styled Cedric and Maxine Sterrett, and were assigned a case number of 5:09-11946.

5. The case was dismissed on September 18, 2009, based on the debtors' failure to make plan payments.

6. The debtors filed a third bankruptcy petition on September 29, 2009, in a case styled Cedric and Maxine Y. Sterrett, and were assigned a case number of 5:09-17104.

7. The case was dismissed on May 12, 2010, based on the debtors' failure to make plan payments.

8. The debtors filed the present case on June 1, 2010, in a case styled Cedric Plaude and Maxine Y. Sterrett, and were assigned a case number of 5:10-14001.

9. The number of cases filed by the debtors evidence an abuse of the bankruptcy system under 11 U.S.C. §§1307(c) and 105 sufficient to dismiss this case with a bar to refiling for at least one year.

WHEREFORE, the Trustee respectfully requests that the case be dismissed with prejudice to refiling by the debtors for one year, and for all further just and proper relief.

Respectfully submitted,

/s/ Lonnie L. Grimes
Lonnie L. Grimes, Attorney for
Jack W. Gooding
Chapter 13 Standing Trustee
P. O. Box 8202
Little Rock, AR 72221
(501) 537-4400

## CERTIFICATE OF SERVICE

I, Lonnie L. Grimes, do hereby certify that a true and correct copy of the foregoing document has been mailed this 25th day of June, 2010, with sufficient postage to assure delivery to Cedric Plaude and Maxine Y. Sterrett, 1504 War Eagle Dr., Pine Bluff, AR 71603; and to Dickerson Law Firm, P. O. Box 8567, Pine Bluff, AR 71603.

/s/ Lonnie L. Grimes
Lonnie L. Grimes

5:10-14001 Sterrett 6/25/10